**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW MEXICO

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Sacred Power, LLC a New Mexico Limited Liability Company** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-0477751** | |

4. **Debtor's address**

**Principal place of business**

**1501 12th Street NW**
**Albuquerque, NM 87104**
Number, Street, City, State & ZIP Code

**Bernalillo**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  7, 2017**
                        MM / DD / YYYY

**X /s/ Michael Candelaria**
Signature of authorized representative of debtor

**Michael Candelaria**
Printed name

Title _____

**18. Signature of attorney**

**X /s/ Don F. Harris**
Signature of attorney for debtor

Date   **December  7, 2017**
                MM / DD / YYYY

**Don F. Harris**
Printed name

**NM Financial Law, P.C.**
Firm name

**320 Gold Avenue SW, Suite 610**
**Albuquerque, NM 87102-3299**
Number, Street, City, State & ZIP Code

Contact phone   **505-503-1637**       Email address   **nmfl@nmfinanciallaw.com**

**7186**
Bar number and State

<table>
| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sacred Power, LLC a New Mexico Limited Liability Company** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO |
| Case number (if known) | |
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 7, 2017**     X **/s/ Michael Candelaria**
                                           Signature of individual signing on behalf of debtor

                                           **Michael Candelaria**
                                           Printed name

                                           Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Fill in this information to identify the case:

| Debtor name | **Sacred Power, LLC a New Mexico Limited Liability Company** |
|---|---|
| United States Bankruptcy Court for the: | **DISTRICT OF NEW MEXICO** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                              **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Allied Insurance P. O. Box 514540 Los Angeles, CA 90051-4540** | | **Vendor/Service Provider** | | | | **$9,557.74** |
| **Bank of the West 6600 Central Avenue, SW Albuquerque, NM 87121** | | **Credit Card** | **Contingent** | | | **$51,564.78** |
| **Bank of the West 6600 Central Avenue, SW Albuquerque, NM 87121** | | **Line of Credit** | **Unliquidated** | **$398,141.53** | **$0.00** | **$398,141.53** |
| **Benze Technical Consultants LLC 10809 Richfield Avenue NE Albuquerque, NM 87122** | | **Vendor/Service Provider** | | | | **$8,521.25** |
| **ChargePoint, Inc. DEPT LA 24104 Pasadena, CA 91185-4104** | | **Vendor/Service Provider** | | | | **$4,389.00** |
| **Chase Southwest CC - 8095 P. O. Box 15153 Wilmington, DE 19886-5153** | | **Credit Card** | **Contingent Unliquidated** | | | **$10,312.84** |
| **Conan Construction, Inc. 1440 Collidge National City, CA 91950** | | **Vendor/Service Provider** | | | | **$7,520.36** |
| **G2 ProjectFusion PO Box 2835 Corrales, NM 87048** | | **Vendor/Service Provider** | | | | **$6,485.84** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | Employment Tax | Contingent Unliquidated | | | $427,286.35 |
| Isleta Business Corporation 3950 ST RD 47 SW Albuquerque, NM 87105 | | Notes Payable | Contingent | | | $630,000.00 |
| Isleta Business Corporation 3950 ST RD 47 SW Albuquerque, NM 87105 | | AP Expenses | Contingent | | | $228,208.55 |
| Isleta Business Corporation 3950 ST RD 47 SW Albuquerque, NM 87105 | | LOC LMA | Contingent | | | $113,000.00 |
| JLM Advanced Technical Services Inc. 2111N Sandra Street Suite B Appleton, WI 54911 | | Vendor/Service Provider | | | | $3,520.00 |
| Lowes PO Box 530914 Atlanta, GA 30353-0914 | | Charge Account | Unliquidated | | | $6,744.68 |
| Nationwide Mutual PO Box 514540 Los Angeles, CA 90051-4540 | | Insurance Carrier | Contingent | | | $27,462.02 |
| Pattison Pension Specialists, Inc 3150 Carlisle #211 Albuquerque, NM 87110 | | Vendor/Service Provider | Unliquidated | | | $2,946.42 |
| Peacock Myers P.C. P.O. Box 26927 Albuquerque, NM 87125-6927 | | Attorney Fees | | | | $7,712.20 |
| Rosebud Rental 126 N Adams St Mission, SD 57555 | | Vendor/Service Provider | | | | $3,621.80 |
| United Rentals PO BOX 84 0514 DALLAS, TX 75284-0514 | | Vendor/Service Provider | | | | $8,505.62 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Workforce Solutions Department PO Box 1928 Albuquerque, NM 87103** | | **Unemployment Wage Contributions** | **Contingent Unliquidated** | | | **$137,814.84** |

Debtor name    **Sacred Power, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

**Part 1:**  **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.................................................................................. $      **0.00**

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*............................................................................. $      **369,795.71**

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................... $      **369,795.71**

**Part 2:**  **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $      **398,141.53**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $      **565,712.19**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$      **1,244,623.35**

4.    **Total liabilities** ...................................................................................................
     Lines 2 + 3a + 3b        $      **2,208,477.07**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$0.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of the West** | **Business Checking** | **4808** | **$0.00** |
| 3.2. | **Bank of the West** | **Payroll** | **4857** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$0.00**

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Retainer - Craig Dill & Associates** | **$5,000.00** |
|---|---|---|

| | | |
|---|---|---|
| 7.2. | **Retainer - NM Financial Law, P.C.** | $20,000.00 |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.** | $25,000.00 |

Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.** **Accounts receivable**

11a. 90 days old or less:   **243,495.71**   -   **0.00**   = ....   **$243,495.71**
                          face amount          doubtful or uncollectible accounts

**12.** **Total of Part 3.** | $243,495.71 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| **20.** **Work in progress** **Stacks of unfinished solar panels** | | $0.00 | | Unknown |

**21.** **Finished goods, including goods held for resale**

**22.** **Other inventory or supplies**

**23.** **Total of Part 5.** | $0.00 |

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 39. **Office furniture** **Furniture** | $0.00 | | $6,000.00 |
| 40. **Office fixtures** **Fixtures** | $0.00 | | $1,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Equipment** | $0.00 | | $2,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $9,000.00 |
|--|-----------|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 17-13093-t11   Doc 1   Filed 12/07/17   Entered 12/07/17 14:53:15 Page 12 of 94

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2007 Ford F150 VIN# 1FTRF12W17KC19254** | **$0.00** | | **$2,400.00** |
| 47.2.  **2003 Chevy C4500 VIN# 1GBE4E1E13F511773** | **$0.00** | | **$4,700.00** |
| 47.3.  **2006  Ford E350 VIN# 1FDSE35L16DB32809** | **$0.00** | | **$4,800.00** |
| 47.4.  **2010 Chevy  2500 VIN# 1GC4KVBGXAF124195** | **$0.00** | | **$10,500.00** |
| 47.5.  **2007  Chevrolet 2500 VIN# 1GCHC23K37F556586**<br><br>**07/2015-Airbag recall GM notice #15438 *** 03/2017-Airbag Recall GM Notice changed to #15817 -parts avail to schedule replacement---06.09.17 Notice to replace air bag inflator** | **$0.00** | | **$5,900.00** |
| 47.6.  **2010 Ford F350 Crewcab VIN# 1FTWW3CR8AEB30763** | **$0.00** | | **$19,000.00** |
| 47.7.  **2001 Lone Utility Trailer VIN# 1L9CS14201V199316** | **$0.00** | | **$1,500.00** |
| 47.8.  **2007 Car 82 x 12 Utility Tilt Trailer VIN# 5VNBU18287T059566** | **$0.00** | | **$1,500.00** |
| 47.9.  **2001 BDA Utility Trailer VIN# 1B9FU1820Y1076672** | **$0.00** | | **$1,500.00** |
| 47.10.  **2011 Road Gooseneck UT Trailer VIN# 5Z0GN4027BP002164** | **$0.00** | | **$2,500.00** |
| 47.11.  **2005 Econoline Gooseneck Tilt Trailer VIN# 42ETGBR4551000529** | **$0.00** | | **$2,500.00** |
| 47.12.  **Komat'su Forklift: Model FG25T-14 Serial# 591299A, Attachment Model LET50-PT-188L70, 42 Forks** | **$0.00** | | **$4,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 47.13. | **Komat'su Forklift: Model FG25T-12 Serial# 503552A, Attachments: S/S** | **$0.00** | | **$2,500.00** |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**Quanity Tool Description**
**3 Speed squares**
**3 Caulk gun (red)**
**1 Hand rivet gun**
**1 300' fiber glass measuring tape**
**1 Trumeter 5605E mini-measure revolution**
**1 K05-IGL greenlee cimping tool**
**1 Hex Crimping tool**
**2 Thomas & Betts Crimping Tool**
**3 24" Level**
**1 4' Level**
**1 Klein cable cutters**
**2 Hand saw**
**3 Rakes**
**5 Flat shovel**
**7 Spade**
**6 Electric Cord Drills**
**1 Heavy duty adjustable torque screwdriver**
**1 Ryobi fixed base router double insulated**
**1 Dewalt jigsaw**
**2 18 Volt hand circular saws (cordless)**
**4 18 Volt hand flashlights**
**3 18 Volt Sawzalls (cordless)**
**7 18 Volt Screwdriver & Hammer drills (cordless)**
**2 18 Volt Impact Drills**
**10 18 Volt battery chargers (with cord)**
**5 Short handle shovels**
**4 Post digger**
**3 Telescopic magnetic pick up tool**
**2 Nylon fish tape**
**2 24" crescent wrench**
**3 1/2" bender**
**1 1 -1/4" bender**
**1 24" Pipe wrench**
**2 14" Pipe wrench**
**1 2-1/4" Wrench**
**2 1-3/4" Wrench**
**2 1-5/8" Wrench**
**2 1-1/2" Wrench**
**1 1-3/8" Wrench**
**1 6" Heavy duty scraper**
**7 Power punch set**
**2 Digging picks**
**1 Rock bar**
**2 Trailier locks**
**1 Tyco kit**
**4 Husky heavy duty storage organizer**
**2 Weed whackers**
**13 Irwin Quick Grips**
**1 Central hydraulic portable puller (4 tons)**
**1 Angle grinder**
**5 Boxes Pipe threader**
**2 Drop lights**
**2 Dremel  Drills**
**1 Dewalt combo kit (drill, sawzall, grinder, flashlight, circular s**

|  | $0.00 |  | $10,000.00 |
|---|---|---|---|

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 15 of 94

**Quanity Tool Description**
**2 Winches**
**1 Generator**
**1 Small shop vac**
**2 3/4 Conduit bender**
**1 5'  Level**
**1 Husky laser level**
**2 Concrete vibrator**
**1 4' A-frame ladder**
**1 8' A-frame ladder**
**1 20 Volt max Dewalt drills**
**1 20 Volt max Dewalt impact driver**
**1 Wilwaukee hackzall**
**2 Shovels**
**2 Trenching shovels**
**1 Hand tamper**
**2 24" Adjustable wrench**
**1 2" Open end wrench**
**2 Rock bars**             **$0.00**             **$10,000.00**

**Quanity Tool Description**
**1 Dewalt DW0910 Building Level with tripod**
**1 Milwaukee 6232-6N band saw**
**1 Milwaukee mag drill press**
**1 Oztech 24 oz concrete vibrator**
**1 Briggs station 5500W generator**
**1 8' Werner ladder**
**1 12' Werner extended ladder**
**2 Fall protection harness**
**1 Greenlee 7906SB punch driver set**
**1 Stihl TS420 concrete saw**
**1 Greenlee 1-1/4" emt binder**
**1 Proto 2-1/4" open end wrench**
**2 Flat head shovels**
**1 Pick axe**
**2 Trenching shovels**
**1 3/4" Emt binder**             **$0.00**             **$9,000.00**

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | **$92,300.00** |
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 17-13093-t11   Doc 1   Filed 12/07/17   Entered 12/07/17 14:53:15 Page 16 of 94

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1501 12th Street NW, Albuquerque, NM 87104** | **Commercial Lease Business Location and Parking Lot** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$0.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**　Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Expired Patents** | **$0.00** | | **Unknown** |
| 61. **Internet domain names and websites** **Domain Names - Websites** | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$0.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) |  |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| **Refunds - NOLs**    Tax year _____ | **Unknown** |
| 73. **Interests in insurance policies or annuities**<br>**NM Employers Assurance Company/Poms & Assoc., Ins.**<br>**Workers' Comp and Employers' Liability** | **$0.00** |
| **401k** | **$0.00** |
| **Nationwide/Allied:**<br>**Business Auto, Commercial Umbrella, Inland Marine, Commercial Property, General Liability Insurance Coverage** | **$0.00** |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| **Potential recovery actions.** | **Unknown** |
| Nature of claim<br>Amount requested            **$0.00** |  |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 78. | **Total of Part 11.** | $0.00 |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $25,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $243,495.71 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $9,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $92,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $369,795.71 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $369,795.71 |

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**  **Bank of the West**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Line of Credit** | $398,141.53 | $0.00 |
| **6600 Central Avenue, SW**<br>**Albuquerque, NM 87121**<br>Creditor's mailing address | | | |
| | Describe the lien<br>**Line of Credit** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ■ No<br>☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>**2012** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number**<br>**0026** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $398,141.53

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CT Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line  **2.1** | |

Fill in this information to identify the case:

Debtor name **Sacred Power, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | **$427,286.35** | **$427,286.00** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Employment Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**New Mexico Taxation & Revenue**<br>**PO Box 8575**<br>**Albuquerque, NM 87198-8575** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$567.33** | **$0.00** |
| | Date or dates debt was incurred<br>**2016** | Basis for the claim:<br>**Employment Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 22 of 94

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.67 | $0.00 |
|---|---|---|---|---|

**New Mexico Taxation & Revenue**
PO Box 8575
Albuquerque, NM 87198-8575

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Employment Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137,814.84 | $137,814.84 |
|---|---|---|---|---|

**Workforce Solutions Department**
PO Box 1928
Albuquerque, NM 87103

Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:
**Unemployment Wage Contributions**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**101 Pipe & Casing**
5609 Alameda Place, NE
Albuquerque, NE 87113

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A.M. Telephone**
3501 San Mateo Blvd NE
Albuquerque, NM 87110

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**A.R.T Locating**
910 Loma Ct.
El Cajon, CA 92020

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ababa Bolt**
**1466-1 Pioneer Way**
**El Cajon, CA 92020-1678**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABC Supply Co. Inc. (ABC Roofing)**
**705 Comanche Road Northeast**
**Albuquerque, NM 87107-4105**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65.40 |
|---|---|---|---|

**ABCWUA (JAG Bldg - 7243539560)**
**P.O. Box 1313**
**Albuquerque, NM 87103-1313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **9560**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.88 |
|---|---|---|---|

**ABCWUA (SPC - 1287579560)**
**P.O. Box 1313**
**Albuquerque, NM 87103-1313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **9560**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $234.79 |
|---|---|---|---|

**ABCWUA (SPC - 1343539560)**
**PO Box 1313**
**Albuquerque, NM 87103-1313**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **9560**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABCWUA (SPC - 9243539560)**
**P.O. Box 1313**
**Albuquerque, NM 87103-1313**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABF Multimodal, Inc.**
**P.O. Box 10048**
**Fort Smith, AR 72917-0048**

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **0002**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABQ Air**
619 Tanager Drive SW
Albuquerque, NM 87121

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABQ Engineering**
8102 Menaul Blvd. NE Suite D
Albuquerque, NM 87104

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ABQ Free Press**
PO Box 6070
Albuquerque, NM 87197-6070

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Academy Reprographics**
8900-N San Mateo NE
Albuquerque, NM 87113

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ace Rebar**
4805 Williams Street, SE
Albuquerque, NM 87105

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $190.00 |
|---|---|---|---|

**Acme Safety & Supply Corp.**
1616 West Avenue
National City, CA 91950

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **_**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AEE Solar**
775 Fiero Lane, Suite 200
San Luis Obispo, CA 93401

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **2058**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Affordable Solar LLC**
4840 Pan American Frontage Rd NW
Albuquerque, NM 87109

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **9867**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Affordable Tire & Service**
307 Menaul Blvd NW
Albuquerque, NM 87107

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ahern Rentals**
PO Box 271390
Las Vegas, NV 89127-1390

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **8861**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aidant Fire and Security**
15836 North 7th Street
Scottsdale, AZ 85260-1700

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albuquerque Bolt & Fastener**
2926 Second Street, NW
Albuquerque, NM 87107

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albuquerque Forklift**
5501 Midway Park Place, NE
Albuquerque, NM 87109

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albuquerque Journal**
PO Box 95777
Albuquerque, NM 87199-5777

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albuquerque Pipe & Pump**
4300 Ellison NE
Albuquerque, NM 87109

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albuquerque Public Schools**
400 Uptown Blvd NE Suite 600W
Albuquerque, NM 87125-0704

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Albuquerque Tax Advisors, LLC**
4801 Lang Avenue, NE Suite 110
Albuquerque, NM 87104

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alibi / NuCity Publications, Inc.**
413 Central Street, NW
Albuquerque, NM 87102

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **8251**

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alliance Testing, LLC**
120 Madeira Rd. NE, Suite #100
Albuquerque, NM 87108

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,557.74 |
|---|---|---|---|

**Allied Insurance**
P. O. Box 514540
Los Angeles, CA 90051-4540

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **2074**

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alonzo Guerrero**
808 El Serrano Ct
Albuquerque, NM 87105

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | |
|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address** |

**3.32** | Nonpriority creditor's name and mailing address

**Alpine Lumber**
**27 Halo Pines Terrace**
**Angel Fire, NM 87710**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address

**AltE Direct**
**43 Broad St. Suite A408**
**Hudson, MA 01749**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**American Express**
**P. O. Box 360001**
**Fort Lauderdale, FL 33336-0001**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $2,769.02

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

**American Fence Company of New Mexico, In**
**9634 2nd St. NW**
**Albuquerque, NM 87114**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address

**American Indian Chamber of Commerce of N**
**2401 12th st. NW Suite5**
**Albuquerque, NM 87102**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address

**Antelope Country Inn**
**P.O. Box 1025**
**Mission, SD 57555**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address

**Appliance Parts Depot**
**3340 Princeton NE**
**Albuquerque, NM 87107**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 28 of 94

| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Archie Archuleta Designs**
11200 Hume Avenue, NE
Albuquerque, NM 97112

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Array Technologies, Inc.**
3901 Midway Place NE
Albuquerque, NM 87109

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ashley Mireles**
7900 Bart Ave NE
Albuquerque, NM 87109

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Assman Implement, Inc.**
28126 US HWY 18
Mission, SD 57555

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ASTA Roofing and Construction, LLC**
3897 W Irvington Rd.
Tucson, AZ 85746

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**AutomationDirect.com, Inc.**
P.O. Box 402417
Atlanta, GA 30384-2417

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Awards, Etc.**
904 Juan Tabo Blvd. NE
Albuquerque, NM 87112

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**B & Y Pest Control**
P.O. Box 11880
Albuquerque, NM 87192

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**B&J Machine Works INC**
5599 Old Millington Rd.
Millington, TN 38053

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Backwoods Solar**
1589 Rapid Lightning Rd
Sandpoint, ID 83864

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,564.78 |
|---|---|---|---|

**Bank of the West**
6600 Central Avenue, SW
Albuquerque, NM 87121

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Credit Card__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BankCard Center**
P.O. Box 4021
Alameda, CA 94501-0421

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BayWa r.e. Solar Systems LLC (Focused)**
1730 Camino Carlos Rey, Suite 201
Santa Fe, NM 87507

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number __Sacred Power__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BBCN Bank (Center Bank)**
360 14th Street
Oakland, CA 94612

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number (if known) |
|---|---|---|
| | Name | |

**3.53**

Nonpriority creditor's name and mailing address

**Bekaert Corporation**
**1395 South Marietta Parkway**
**Marietta, GA 30067**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.54**

Nonpriority creditor's name and mailing address

**Belau Electric, LLC**
**91-1240 Kuanoo Street**
**Ewa Beach, HI 96706**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.55**

Nonpriority creditor's name and mailing address

**Benze Technical Consultants LLC**
**10809 Richfield Avenue NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$8,521.25

---

**3.56**

Nonpriority creditor's name and mailing address

**Bernalillo County - Permits**
**111 Union Square**
**Albuquerque, NM 87102**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.57**

Nonpriority creditor's name and mailing address

**Bernalillo County Parks & Recreation Dep**
**111 Union Square St. SE**
**Albuquerque, NM 87102**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.58**

Nonpriority creditor's name and mailing address

**Bernalillo County Treasurer**
**PO Box 269**
**Albuquerque, NM 87103-0269**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.59**

Nonpriority creditor's name and mailing address

**Betatron Electronics, Inc**
**1381 Flightway Avenue, SE Suite B**
**Albuquerque, NM 87106**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Big I Concrete**
622 Industrial Ave NE
Albuquerque, NM 87107

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Big Mike's Rental Sales & Services**
606 E Historic Hwy 66
Gallup, NM 87301

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Big R**
3325 Reno Hwy
Fallon, NV

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BigRentz**
1063 McGaw Ave #200
Irvine, CA 92614

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BIM Services & Design LLC**
Edward Garcia 8429 Washington Place NE S
Albuquerque, NM 87113

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bisco Industries**
1500 N. Lakeview Ave.
Anaheim, CA 92807

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blackies Trophies Awards**
265 3rd Ave.
Chula Vista, CA 91910

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 32 of 94

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bob Garrecht Supply Inc.**
2432 Claremont NE
Albuquerque, NM 87107

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bob's Yard, Inc.**
P.O. Box 1210
Angel Fire, NM 87710

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bobcat of Albuquerque**
2900 Vassar Dr NE
Albuquerque, NM 87107

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bomgaars**
700 E. Hwy 20
Valentine, NE 69201

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Border States Electric**
5601 Jefferson Ln., NE
Albuquerque, NM 87109

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brake Masters**
2925 Coors Blvd
Albuquerque, NM 87120

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bright-Tech**
8916 Olivine St. NE
Albuquerque, NM 87113

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:** **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 33 of 94

| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brooklyn Motorsports**
1308 1st Street
Albuquerque, NM 87102

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Budget Professional, LLC**
5316 Timberline Ave NW
Albuquerque, NM 87120

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,093.23 |
|---|---|---|---|

**Capital One**
PO Box 34631
Seattle, WA 98124-1631

Date(s) debt was incurred __2016__

Last 4 digits of account number __6884__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carrillo Roofing General Contractor LLC**
504 Oriole Ct
Albuquerque, NM 87121

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Carroll Metal Works, Inc.**
740 W 16th St.
National City, CA 91950

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CED - Albuquerque**
rical Distributers P.O. Box 461667
San Antonio, TX 78246

Date(s) debt was incurred __2016__

Last 4 digits of account number __2600__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CED - Durango**
56 Stewart Street
Durango, CO 81303

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $456.77 |
|---|---|---|---|

**CED - San Luis Obispo, CA**
2520 Victoria Ave San
Luis Obispo, CA 93401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CED Greentech - San Diego, CA**
5445 Ruffin Rd.
San Diego, CA 92123

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CED Greentech - Tempe, AZ**
P.O. Box 15367
Scottsdale, AZ 85267-5367

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Central New Mexico Electric Cooperative**
810 1st Stree
t Moriarty, NM 87035

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59.90 |
|---|---|---|---|

**Central Payment Merchant Services**
2350 Kerner Blvd #300
San Rafael, CA 94901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Central Trailer Supply**
8225 Central Avenue, NE
Albuquerque, NM 87108

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Champion Truss, Inc.**
P.O. Box 12402
Albuquerque, NM 87195-2402

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chaparral Materials Inc.**
P. O. Box 1719
Bernalillo, NM 87004

Date(s) debt was incurred **2016**

Last 4 digits of account number **2191**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,389.00** |
|---|---|---|---|

**ChargePoint, Inc.**
DEPT LA 24104
Pasadena, CA 91185-4104

Date(s) debt was incurred **2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,312.84** |
|---|---|---|---|

**Chase Southwest CC - 8095**
P. O. Box 15153
Wilmington, DE 19886-5153

Date(s) debt was incurred **2016**

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cherry County**
903 West Hiway 20
Valentine, NE 69201

Date(s) debt was incurred **2016**

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Child Support Enforcement Division**
CSED/CASH Processing P.O. Box 25109
Albuquerque, NM 87125

Date(s) debt was incurred **2016**

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chino, Casey (V)**
P.O Box 514
New Laguna, NM 87038

Date(s) debt was incurred **2016**

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CHK Enterprises, Inc.**
4904 Jefferson Avenue, NE Suite 'E'
Albuquerque, NM 87109

Date(s) debt was incurred **2016**

Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

| | | |
|---|---|---|
| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number (if known) |
| | Name | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Choice Steel Company**
7100B 2nd St. NW, Box 7
Albuquerque, NM 87107

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **SA82**

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Murray Engineer**
12059 N. Hwy. 14
Cedar Crest, NM 87008

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chula Vista Electric**
9344 Wheatlands Rd
Santee, CA 92071

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CINTAS First Aide & Safety**
P. O. BOX 631025
Cincinnati, OH 45263-1025

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **3549**

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Albuquerque -  BSD (Permits)**
Garden Level, Plaza Del Sol Building 600
Albuquerque, NM 87102

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Albuquerque - FARU**
P.O. Box 25700
Albuquerque, NM 87125

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **1309**

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**City of Port Hueneme**
250 North Ventura Road
Port Hueneme, CA 93041

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**City of Rio Rancho**
**Development Services 3200 Civic Center C**
**Rio Rancho, NM 87144**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Civicsolar, Inc.**
**P. O. Box 101376**
**Pasadena, CA 91189-0005**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ClipperCreek, Inc.**
**11850 Kemper Road Suite #E**
**Auburn, CA 95603**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CMC Rebar**
**2300 1st St. NW**
**Albuquerque, NM 87102**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Coconut Grove Motor Inn**
**9725 Front Beach Rd.**
**Panama City, FL 32407**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comcast Cable**
**PO Box 34744**
**Seattle, WA 98124-1744**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **8**

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Complete Lift Repair LLC**
**Juan Ledesma PO Box 45642**
**Rio Rancho, NM 87174**

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 38 of 94

| Debtor | Sacred Power, LLC a New Mexico Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,520.36**

Conan Construction, Inc.
1440 Collidge
National City, CA 91950

Date(s) debt was incurred __2016__
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Concrete Systems Inc.
3120 Richmond Dr., NE
Albuquerque, NM 87107

Date(s) debt was incurred __2016__
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

ConDeck Corporation
3230 Matthew Av.
Albuquerque, NM 87107

Date(s) debt was incurred __2016__
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Construction Industries Division
5500 San Antonio Dr.
Albuquerque, NM 87109

Date(s) debt was incurred __2016__
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Continental Battery Co.
3700 Osuna Rd NE Suite 714
Albuquerque, NM 87109

Date(s) debt was incurred __2016__
Last 4 digits of account number __0294__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Copper State Bolt & Nut Co.
8401 Washington Street, NE
Albuquerque, NM 87113

Date(s) debt was incurred __2016__
Last 4 digits of account number __C200__

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Crescent Electric Supply Co.
3254 East Broadway Rd.
Phoenix, AZ 85040

Date(s) debt was incurred __2016__
Last 4 digits of account number _

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | | |
|---|---|---|
| **3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **Crown Battery** | ☑ Contingent |
| | **Mfg Co 1445 Majestic Drive PO Box 990** | ☐ Unliquidated |
| | **Fremont, OH 43420-0990** | ☐ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **Crum Electric Supply** | ☑ Contingent |
| | **ity 1055 East Chicago Street** | ☐ Unliquidated |
| | **Rapid City, SD 57701** | ☐ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **CT Corporation** | ☑ Contingent |
| | **PO Box 4349** | ☐ Unliquidated |
| | **Carol Stream, IL 60197-4349** | ☐ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **Cunningham Distribution Inc.** | ☑ Contingent |
| | **615 Haines Ave. NW** | ☐ Unliquidated |
| | **Albuquerque, NM 87102** | ☐ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **D'Arcangeli, Audra** | ☑ Contingent |
| | **315 Brindle Wood Rd NE** | ☐ Unliquidated |
| | **Albuquerque, NM 87113** | ☐ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **Dahl Plumbing - #183** | ☑ Contingent |
| | **1500 Candelaria Rd NE** | ☐ Unliquidated |
| | **Albuquerque, NM 87107-2117** | ☐ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| **3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| | **David Waconda** | ☑ Contingent |
| | **P.O. Bx 424** | ☐ Unliquidated |
| | **New Laguna, NM 87036** | ☐ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes |

| | |
|---|---|
| 3.123 | **Nonpriority creditor's name and mailing address** |

**Daylighting Solutions**
8352 Corona Loop NE
Albuquerque, NM 87113

Date(s) debt was incurred __2016__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** |

**De Lage Landen**
P.O. Box 41602
Philadelphia, PA 19101-1602

Date(s) debt was incurred __2016__

Last 4 digits of account number __7569__

As of the petition filing date, the claim is: *Check all that apply.*   **$1,577.51**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** |

**Dealers Electrical Supply**
4220A 2nd St NW
Albuquerque, NM 87107

Date(s) debt was incurred __2016__

Last 4 digits of account number __0103__

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** |

**Delta Dental**
32833 Collections Center Drive
Chicago, IL 60693-0328

Date(s) debt was incurred __2016__

Last 4 digits of account number __0095__

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** |

**Delta Lightning Arrestors, Inc**
PO Box 750
Big Springs, TX 79721

Date(s) debt was incurred __2016__

Last 4 digits of account number __SPCANM__

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** |

**Delta Tire Pros**
833 E Santa Fe Ave
Grants, NM 87020

Date(s) debt was incurred __2016__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** |

**Discount Glass and Glazing**
6604 2nd St NW
Albuquerque, NM 87107

Date(s) debt was incurred __2016__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 41 of 94

| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number _(if known)_ |
|---|---|---|
| | Name | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Discount Tire Store - Alb**
4600 Pan American Fwy NE
Albuquerque, NM 87109

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Distribution International - Selle Suppl**
5225 S. Loop 289
Lubbock, TX 79424

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Diversified Minerals Inc**
1135 E. Wooley Rd
Oxnard, CA 93030

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Division 10 Materials, Inc.**
6817-C Academy Parkway East NE
Albuquerque, NM 87109

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Doc Savage Supply Company**
P. O. Box 6549
Albuquerque, NM 87197-6549

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $197.61 |
|---|---|---|---|

**Document Solutions, Inc.**
P.O. Box 37410
Albuquerque, NM 87176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **8259**

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Downey & Company**
6565 Americas Parkway NE Suite 750
Albuquerque, NM 87110

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DPW Solar (Power Fab)**
4000-B Vasser Drive, NE
Albuquerque, NM 87107

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Duke City Redi-Mix**
P.O. Box 250
Moriarty, NM 87035

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DynoRaxx**
6500 Sheridan Drive, Ste. 120
Buffalo, NY 14221

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eaton Media LLC**
12412 Chelwood Ct NE
Albuquerque, NM 87112

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**EcoDirect, Inc.**
3146 Tiger Run Court
Carlsbad, CA 92010

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**eGauge Systems LLC**
4730 Walnut St, Ste 110
Boulder, CO 80301

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ElectRickServiceLLC**
5435 West 86th Avenue
Arvada, CO 80003

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elizardo Medina**
502 B Octaviano Rd
Taos, NM 87571

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Emmett Archuleta**
P.O. Box 472
Penasco, NM 87553

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Employment Security Division
Contributions Section 500 East Third Str**
Carson City, NV 89713-0030

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Engraving By Jack**
861 6th Ave. 710
San Diego, CA 92101

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Epipeline**
P.O. Box 533023
Atlanta, GA 30353-3023

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Exhibit Solutions of NM**
4301 Masthead NE, Suite C
Albuquerque, NM 87109

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fairway Inc.**
6820 Academy Parkway East, NE
Albuquerque, NM 87109

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No  ☐ Yes

---

Case 17-13093-t11   Doc 1   Filed 12/07/17   Entered 12/07/17 14:53:15 Page 44 of 94

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $543.48 |

**Fastenal Company**
P.O. Box 978
Winona, MN 55987-0978

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**FASTSIGNS**
407 2nd Street SW
Albuquerque, NM 87102

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**FEDEX**
Corporation P.O. Box 94515
Palatine, IL 60094-4515

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number __4320__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ferguson Enterprises, Inc.**
801 Candelaria Road, NE
Albuquerque, NM 87107

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ferrellgas**
PO Box 173940
Denver, CO 80217-3940

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**First Santa Fe Insuance**
6501 American Parkway NE
Albuquerque, NM 87110

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Flagala Do It Best Hardware**
9700 Front Beach Rd.
Panama City, FL 32407

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Sacred Power, LLC a New Mexico Limited Liability Company**
_____
Name

Case number (if known) _____

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Flying C Ranch**
I-40 Exit 234
Moriarty, NM

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fortune Energy**
21029 Itasca St Unit A-B
Chatsworth, CA 91311

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Franks Supply Company**
3311 Stanford Drive, NE
Albuquerque, NM 87107

Date(s) debt was incurred __2016__

Last 4 digits of account number __3550__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $348.63 |
|---|---|---|---|

**Freightquote.com, Inc.**
P.O. Box 9121
Minneapolis, MN 05548-0921

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fronius USA LLC**
6797 Fronilus Drive
Portage, IN 46368

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fullriver Battery USA**
4030 Adolfo Road
Camarillo, CA 93012

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $457.03 |
|---|---|---|---|

**G&K Services, Inc.**
PO Box 842385
Boston, MA 02284-2385

Date(s) debt was incurred __2016__

Last 4 digits of account number __5717__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,485.84 |

**G2 ProjectFusion**
PO Box 2835
Corrales, NM 87048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Galles Chevrolet**
1601 Lomas blvd
Albuquerque, NM 87102

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Garcia, Duane**
PO Box 972
Paguate, NM 87040

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gasket Packing Seal Supply Co., Inc.**
3015 Princeton NE
Albuquerque, NM 87107

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GDR Automotive, LLC**
4315 Menaul Blvd. NE
Albuquerque, NM 87110

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**GE Capital**
PO Box 105710
Atlanta, GA 30348-5710

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **5885**

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**George Knipprath, PE**
3012 Charleston St NE
Albuquerque, NM 87110

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number __

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GEXPRO**
PO Box 840040
Dallas, TX 75284

Date(s) debt was incurred **2016**

Last 4 digits of account number **1187**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gialouris, Sawyer**
1308 1st Street NW
Albuquerque, NM 87102

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ginos Enterprise LLC**
P.O. Box 268
tijeras, Nm 87059

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Global Solar / Hanergy**
S Rita Road
Tucson, AZ 85747

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Globaltranz Enterprises, Inc.**
PO Box 203285
Dallas, TX 75320-3285

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GMSS**
8532 Paseo Alameda NE
Albuquerque, NM 87113

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gorman Industries**
PO Box 743
Albuquerque, NM 87103

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-13093-t11   Doc 1   Filed 12/07/17   Entered 12/07/17 14:53:15 Page 48 of 94

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GPS Heroes**
29975 Technology Drive #101
Murrieta, CA 92563

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Grainger**
DEPT. 858957145 P.O. Box 419267
Kansas City, MO 64141-6267

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **7145**

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $121.02 |
|---|---|---|---|

**Graybar Electric Company, Inc.**
57072
Los Angeles, CA 90074-7072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **9799**

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greene Valley Rentals**
5015 Reno Hwy
Fallon, NV 89406

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harbor Freight Tools**
11001 Menaul Blvd, NE
Albuquerque, NM 87123

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Hard Rock Concrete**
867 Don Felipe Rd
Belen, NM 87002

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Harrington Industrial Plastics**
5311 Oakland Avenue NE
Albuquerque, NM 87113

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 49 of 94

| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harris Rebar New Mexico, Inc.**
7110 2nd ST NW
Albuquerque, NM 87107

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harvey Garcia**
P.O. Box 376
Penasco, NM 87553

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HD Supply Waterworks**
6135 2nd St NW
Albuquerque, NM 87107

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heliodyne, Inc**
4910 Seaport Avenue
Richmond, CA 94804

Date(s) debt was incurred **2016**

Last 4 digits of account number  **Sacredpowercorp**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Helios USA, LLC**
80 Broad Street, 22nd Floor
New York, NY 10004

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heliotrope Pool**
204 Greenfield Drive, Suite E
El Cajon, CA 92020

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Hensley Battery & Electrics**
P.O. Box 17108
Denver, CO 80217

Date(s) debt was incurred **2016**

Last 4 digits of account number  **4614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** |
| | Name |

Case number (if known) _____

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hergy Lighting Technology Corp.**
9F.1, No.13, sec.2, Beitou Rd. Beiton Di
Taipei City, Taiwan

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HILTI Inc.**
2420 Comanche Road, NE Suite B8
Albuquerque, NM 87107

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.16 |
|---|---|---|---|

**Home Depot 6035 3225 0380 4159**
P.O. Box 6031
The Lakes, NV 88901-6031

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **4159**

Basis for the claim:  **Charge Account**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hose And Hydraulics**
2824 Vassar NE
Albuquerque, NM 87107

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**I & L Rentals, LLC**
PO Box 700946
Kapolei, HI 96709-0946

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IC Systems Inc.**
14252 Culver Drive A724
Irvine, CA 92604

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IEC Supply, LLC**
1455 W. 12th Place
Tempe, AZ 85281

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| **3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **Independent Drug & Testing Forensic Serv** | ■ Contingent |
| | P.O. Box 95708 | ☐ Unliquidated |
| | Albuquerque, NM 87199-5708 | ☐ Disputed |
| | Date(s) debt was incurred **2016** | **Basis for the claim:** **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **Industrial Metal Supply Co.** | ■ Contingent |
| | 7550 Ronson Rd. | ☐ Unliquidated |
| | San Diego, CA 92111 | ☐ Disputed |
| | Date(s) debt was incurred **2016** | **Basis for the claim:** **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **Intercity Truck & Trailer Repair** | ■ Contingent |
| | 416 Menaul St. NW | ☐ Unliquidated |
| | Albuquerque, NM 87107 | ☐ Disputed |
| | Date(s) debt was incurred **2016** | **Basis for the claim:** **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$630,000.00** |
| | **Isleta Business Corporation** | ■ Contingent |
| | 3950 ST RD 47 SW | ☐ Unliquidated |
| | Albuquerque, NM 87105 | ☐ Disputed |
| | Date(s) debt was incurred **2016 - 2017** | **Basis for the claim:** **Notes Payable** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.204** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$228,208.55** |
| | **Isleta Business Corporation** | ■ Contingent |
| | 3950 ST RD 47 SW | ☐ Unliquidated |
| | Albuquerque, NM 87105 | ☐ Disputed |
| | Date(s) debt was incurred **2016 - 2017** | **Basis for the claim:** **AP Expenses** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$113,000.00** |
| | **Isleta Business Corporation** | ■ Contingent |
| | 3950 ST RD 47 SW | ☐ Unliquidated |
| | Albuquerque, NM 87105 | ☐ Disputed |
| | Date(s) debt was incurred **2016 - 2017** | **Basis for the claim:** **LOC LMA** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |
| | **J&B Automotive, Inc.** | ■ Contingent |
| | 5100 Edith Blvd, NW | ☐ Unliquidated |
| | Albuquerque, NM 87107 | ☐ Disputed |
| | Date(s) debt was incurred **2016** | **Basis for the claim:** **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**J. H. Rose Logistics**
**Dept. 3127 PO Box 123127**
**Dallas, TX 75312-3127**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jackssons, Inc.**
**3502 Pan American Frwy NE**
**Albuquerque, NM 87107**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Suina**
**P.O. Box 372**
**Penasco, NM 87553**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janeane Kay Harwell**
**325 Washington Ave S #276**
**Kent, WA 98032**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jemez Mountains Electric Coop., Inc**
**PO Box 2999**
**Espanola, NM 87532-4999**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jiffy Lube**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,520.00 |
|---|---|---|---|

**JLM Advanced Technical Services Inc.**
**2111N Sandra Street Suite B**
**Appleton, WI 54911**

Date(s) debt was incurred **2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jobsite Supply Co.**
4720 Mission Gorge Pl
San Diego, CA 92120

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Johnstone Supply**
501 Phoenix NE
Albuquerque, NM 87107

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number __0530__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jonco, Inc. (John P)**
670 Lakeview Circle
Rio Rancho, NM 87124

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jorge Gomez**
5316 Timberline Av. NW
Albuquerque, NM 87120

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JPR Decorative Gravel Inc.**
P.O. Box 65945
Albuquerque, NM 87193

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Juan E. Duran**
PO Box 303
Penasco, NM 87553

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162.00 |
|---|---|---|---|

**KACO Solar**
4036 Binz-Engleman Road Suite 208
San Antonio, TX 78219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim: __Vendor/Service Provider__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 54 of 94

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kaehr Coatings Corporation**
1425 Candelaria Road, NE
Albuquerque, NM 87107

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Vendor/Service Provider__

Last 4 digits of account number __3030__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KASA**
PO Box 844304
Dallas, TX 75284

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Cable of N.M., Inc.**
6901 Reading Dr. SE
Albuquerque, NM 87105

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly J. Higgins**
1313 15th St NW
Albuquerque, NM 87104

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Key Electrical Supply Inc.**
1418 Harrison Ave.
Panama City, FL 32401

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KMI (Kinematics)**
21410 N. 15th Lane Suite 104
Phoenix, AZ 85027

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Knockout MTL WRX, LLC**
7130 Jefferson St.
Albuquerque, NM 87109

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Vendor/Service Provider__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130.70 |
|---|---|---|---|

**Krannich Solar**
3809 Ocean Ranch Blvd. Suite 112
Oceanside, CA 92056

Date(s) debt was incurred __2016__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KRQE**
PO Box 844304
Dallas, TX 75284

Date(s) debt was incurred __2016__
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Albert**
7817 Snowberry St. NW
Albuquerque, NM 87120

Date(s) debt was incurred __2016__
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**L & M Concrete and Pumping**
19 Rito Guicu
Santa Fe, NM 87507

Date(s) debt was incurred __2016__
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laun-Dry Supply Company**
1503 12th Street, NW
Albuquerque, NM 87104

Date(s) debt was incurred __2016__
Last 4 digits of account number __7045__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lewan Technology**
P.O. Box 173704
Denver, CO 80217-3704

Date(s) debt was incurred __2016__
Last 4 digits of account number __RU88__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**License Plate Toll**
P.O. Box 5470
Denver, CO 80217-5470

Date(s) debt was incurred __2016__
Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Live Wire Supply**
**1060 Bryant Street**
**San Francisco, CA 94103**

Date(s) debt was incurred __2016__

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Locus Energy**
**657 Mission Street Suite 304**
**San Francisco, CA 94105**

Date(s) debt was incurred __2016__

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Loftin Equipment Co**
**P.O. Box 10376**
**Phoenix, AZ 85064**

Date(s) debt was incurred __2016__

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lone Mountain Roofing**
**145 Bosque Farms Blvd**
**Bosque Farms, NM 87068**

Date(s) debt was incurred __2016__

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Louie's Ace Home Center**
**1855 W Williams Ave**
**Fallon, NV 89406**

Date(s) debt was incurred __2016__

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,744.68 |
|---|---|---|---|

**Lowes**
**PO Box 530914**
**Atlanta, GA 30353-0914**

Date(s) debt was incurred __2016__

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Charge Account__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lucky Stripes & Signs**
**2107 Menaul NE**
**Albuquerque, NM 87107**

Date(s) debt was incurred __2016__

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LUZ Energy Corp**
PO Box 9194
Albuquerque, NM 87119

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**M & M Pump**
PO Box 766
Taos, NM 87571

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,900.00 |
|---|---|---|---|

**MAC Properties, LLC**
1501 12th Street NW
Albuquerque, NM 87104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  __Loan Agreement__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maccaferri, Inc.**
10303 Governor Lane Blvd.
Williamsport, MD 21795-3115

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marco Steel & Aluminum**
PO Box 60475
Midland, TX 79711

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marshall, Bryan**
PO Box 904R
Rosebud, SD 52570

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Materials Inc. (Buildology)**
PO Box 1507
Bernalillo, NM 87004

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Matheson Tri - Gas Inc.**
PO Box 845502
Dallas, TX 75284-5502

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __7372__

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McBrides Spring Inc.**
1010 2nd St. NW
Albuquerque, NM 87102

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**McMaster-Carr**
PO Box 7690
Chicago, IL 60680-7690

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Medina Specialty**
PO Box 345
Taos, NM 87571

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Metal Supermarkets**
5620 D San Francisco NE
Albuquerque, NM 87109

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Midnite Solar**
14000 Burn Rd.
Arlington, WA 98223

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __777__

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Midsouth Pipe And Valve**
1600 Channel 3 Dr.
Memphis, TN 38103

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 59 of 94

| | |
|---|---|
| 3.256 | **Nonpriority creditor's name and mailing address** |

**Mino & Greg's Automotive**
**18 Camino la Familia**
**Santa Fe, NM 87506**

Date(s) debt was incurred **2016**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.257 | **Nonpriority creditor's name and mailing address** |

**Mor-Co Battery (Interstate Batteries)**
**1910 First St. NW**
**Albuquerque, NM 87102**

Date(s) debt was incurred **2016**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.258 | **Nonpriority creditor's name and mailing address** |

**Morrison Supply Company**
**P.O. Box 70**
**Fort Worth, TX 76101-0070**

Date(s) debt was incurred **2016**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.259 | **Nonpriority creditor's name and mailing address** |

**Mouser Electronics**
**1000 North Main Street**
**Mansfield, TX 76063**

Date(s) debt was incurred **2016**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.260 | **Nonpriority creditor's name and mailing address** |

**MTM Crane Service**
**PO Box 1752**
**Taos, NM 87571**

Date(s) debt was incurred **2016**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.261 | **Nonpriority creditor's name and mailing address** |

**NABCEP**
**10 Hermes Road Suite 400**
**Malta, NY 12020**

Date(s) debt was incurred **2016**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address** |

**Nambe' Engineering, LLC**
**7621 Sunrose Drive, NW**
**Albuquerque, NM 87120**

Date(s) debt was incurred **2016**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.263 | **Nonpriority creditor's name and mailing address** |

**NAPA Auto Parts**
**File 56893**
**Los Angeles, CA 90074-6893**

Date(s) debt was incurred **2016**

Last 4 digits of account number **7167**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.264 | **Nonpriority creditor's name and mailing address** |

**National Electric Supply**
**2200 Midtown Pl N.E.**
**Albuquerque, NM 87107**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.265 | **Nonpriority creditor's name and mailing address** |

**Nationwide Mutual**
**PO Box 514540**
**Los Angeles, CA 90051-4540**

Date(s) debt was incurred **2016 - 2017**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.              **$27,462.02**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.266 | **Nonpriority creditor's name and mailing address** |

**Neopost - 1369**
**PO BOX 30193**
**TAMPA, FL 33630-3193**

Date(s) debt was incurred **2016**

Last 4 digits of account number **1369**

As of the petition filing date, the claim is: Check all that apply.                  **$164.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address** |

**New Mexico Dept of Workforce Solutions**
**P.O. Box 1928**
**Albuquerque, NM 87103**

Date(s) debt was incurred **2016**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address** |

**New Mexico Gas Company - 1451 12th St.**
**PO Box 27885**
**Albuquerque, NM 87125-7885**

Date(s) debt was incurred **2016**

Last 4 digits of account number **9816**

As of the petition filing date, the claim is: Check all that apply.                   **$23.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address** |

**New Mexico Gas Company - 1501 12th St.**
**PO Box 27885**
**Albuquerque, NM 87125-7885**

Date(s) debt was incurred **2016**

Last 4 digits of account number **9634**

As of the petition filing date, the claim is: Check all that apply.                   **$65.05**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**New Mexico IFMA**
c/o Toni Blais, Treasurer 1301 Sara Way
Rio Rancho, nM 87124

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,121.00 |
|---|---|---|---|

**New Mexico Mutual**
P.O Box 27805
Albuquerque, NM 87125-7825

Date(s) debt was incurred __2016__

Last 4 digits of account number __2266__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Norman S. Wright Co.**
4303 Ellison NE
Albuquerque, NM 87109

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Northern Arizona Wind & Sun, Inc.**
4091 E. Huntington Dr
Flagstaff, AZ 86004

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Northern Battery**
1546 Miller St. PO Box 1222
LA Crosse, WI 54601

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Odes Armijo-Caster, Business Consultant**
PO Box 9149
Albuquerque, NM 87119

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Old Republic Surety Group**
PO Box 1635
Milwaukee, WI 53201

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ortega's Propane Service**
3914 2nd NW
Albuquerque, NM 87107

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Outback Power Technologies, Inc.**
c/o: Alpha Technologies 3767 Alpha Way
Bellingham, WA 98226

Date(s) debt was incurred __2016__

Last 4 digits of account number __6314__

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pace Metals North LLC**
7421 Reading Rd. SE
Albuquerque, NM 87105

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pacific Materials Laboratory**
150 Wood Road, Ste. B
Camarillo, CA 93010

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24.20 |
|---|---|---|---|

**Pat's Doors Inc.**
3611 2nd St SW
Albuquerque, NM 87104

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,946.42 |
|---|---|---|---|

**Pattison Pension Specialists, Inc**
3150 Carlisle #211
Albuquerque, NM 87110

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $794.00 |
|---|---|---|---|

**Paxton Electric LLC**
P.O. Box #1024
Mission, SD 57555

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| 3.284 | **Nonpriority creditor's name and mailing address** | $7,712.20 |

**3.284** | **Nonpriority creditor's name and mailing address**
**Peacock Myers P.C.**
P.O. Box 26927
Albuquerque, NM 87125-6927

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Attorney Fees__

Is the claim subject to offset? ■ No ☐ Yes

**$7,712.20**

---

**3.285** | **Nonpriority creditor's name and mailing address**
**Peli Inc.**
4812 Jefferson Street, NE
Albuquerque, NM 87109

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.286** | **Nonpriority creditor's name and mailing address**
**Pell Mell Supply**
1305 Wilson Ave.
National City, CA 91950

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.287** | **Nonpriority creditor's name and mailing address**
**Phocos North America, Inc.**
325 S. Euclid Ave., Suite 101
Tucson, AZ 85719

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.288** | **Nonpriority creditor's name and mailing address**
**Pika Energy**
35 Bradley Drive, Stop 1
Westbrook, ME 04092-2026

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.289** | **Nonpriority creditor's name and mailing address**
**Pinnacle Marketing, Inc.**
4400 2nd St NW
Albuquerque, NM 87107

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

**$1.69**

---

**3.290** | **Nonpriority creditor's name and mailing address**
**Pitney Bowes**
PO Box 371874
Pittsburgh, PA 15250-7874

Date(s) debt was incurred __2016__

Last 4 digits of account number __0867__

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Pitney Bowes Global Financial Services**
P O BOX 371887
Pittsburgh, PA 15250-7887

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Platte Anchor Bolt Co.**
4950 Jackson Street
Denver, CO 80216

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Plug Power**
968 Albany Shaker Rd.
Latham, NY 12110

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.60 |
| --- | --- | --- | --- |

**PNM**
PO Box 27900
Albuquerque, NM 87125-7900

Date(s) debt was incurred **2016**

Last 4 digits of account number  **7846**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**PNM - Meter**
414 Silver Ave
Albuquerque, NM 87102

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**PNM - Solar Program**
Alvarado Square MS 0510
Albuquerque, NM 87158-0001

Date(s) debt was incurred **2016**

Last 4 digits of account number  **7846**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.19 |
| --- | --- | --- | --- |

**PNM Electric**
PO Box 27900
Albuquerque, NM 87125-7900

Date(s) debt was incurred **2016**

Last 4 digits of account number  **9634**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ■ No  ☐ Yes

| | | |
| --- | --- | --- |
| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | POMS & Associates Ins. Brokers, Inc 8191 Wanda Duran 320 Osuna Rd. NE Suite B Albuquerque, NM 87107 | ■ Contingent □ Unliquidated □ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes |

| | | |
| --- | --- | --- |
| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | Port Plastics (Plastic Supply Co.) 2109 Candelaria NE Albuquerque, NM 87107 | ■ Contingent □ Unliquidated □ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes |

| | | |
| --- | --- | --- |
| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | Power One Renewable Energy Solution 740 Calle Plano Camarillo, CA 93012 | ■ Contingent □ Unliquidated □ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes |

| | | |
| --- | --- | --- |
| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | Power Pro Plus, Inc. 8751 Prestige Court Rancho Cucamonga, CA 91730 | ■ Contingent □ Unliquidated □ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes |

| | | |
| --- | --- | --- |
| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | Premium Auto Repair Center 120 East B Street Valentine, NE 69201 | ■ Contingent □ Unliquidated □ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes |

| | | |
| --- | --- | --- |
| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | Primus Wind Power, Inc. 938 Quail Street Unit E Lakewood, CO 80215 | ■ Contingent □ Unliquidated □ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes |

| | | |
| --- | --- | --- |
| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| | Pro-Fab, Inc. 1040 Bosque Farms Blvd. Bosque Farms, NM 87068 | ■ Contingent □ Unliquidated □ Disputed |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Vendor/Service Provider** |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No □ Yes |

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Progressive Construction Materials**
P.O. Box 92913
Albuquerque, NM 87199-2913

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**PROINSO US, LLC**
3410 Industrial Blvd. Suite 102 West
Sacramento, CA 95691

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Pronto Auto Parts**
210 S Main St.
Valentine, NE 69201

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Protech Products**
511 Central Park Drive
Sanford, FL 32771

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**PSI**
2301 Yale Blvd. SE Ste C-4
Albuquerque, NM 87106

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Pueblo of Laguna Utility Authority**
6 Arrowhead Road PO Box 208
Laguna, NM 87026

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Pueblo of Picuris (v)**
Accounting Department P. O. Box 127
Penasco, NM 87553

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quality Powder Coating**
2605 Faivre St. Ste. A
Chula Vista, CA 91911

Date(s) debt was incurred __2016__
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R & L Cart Away**
2356 Highway 333
Edgewood, NM 87105

Date(s) debt was incurred __2016__
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**R.E.R. Redi-Mix Inc.**
1261 Rivera Rd
Santa Rosa, NM 88435

Date(s) debt was incurred __2016__
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RA Services LLC**
10009 Calabacillas Ct. NW
Albuquerque, NM 87114

Date(s) debt was incurred __2016__
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RAKS Building Supply**
1530 12th Street Northwest
Albuquerque, 87 87104

Date(s) debt was incurred __2016__
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RE Michel**
2325 Menaul Boulevard NE
Albuquerque, NM 87107

Date(s) debt was incurred __2016__
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**REIA-NM**
PO Box 27179
Albuquerque, NM 87125

Date(s) debt was incurred __2016__
Last 4 digits of account number __

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Reliance Steel Corp.**<br>**1801 8th St. NW**<br>**Albuquerque, NM 87102** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | | |
| | Last 4 digits of account number __1433__ | Basis for the claim: __Vendor/Service Provider__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **REMCO Bolt**<br>**1101 3rd Street, NW**<br>**Albuquerque, NM 87102** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | | |
| | Last 4 digits of account number __SACRED__ | Basis for the claim: __Vendor/Service Provider__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Rent-All Rentals**<br>**909 E Main St**<br>**Cortez, CO 81321** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor/Service Provider__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Rio Arriba County**<br>**1122 Industrial Park Rd.**<br>**Espanola, NM 87532** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor/Service Provider__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Rio Grande Drywall Supply Co.**<br>**7705 Tiburon NE**<br>**Albuquerque, NM 87109** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor/Service Provider__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Rivera Engineering**<br>**307 Ashkirk Place, SE**<br>**Rio Rancho, NM 87124-3623** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | | |
| | Last 4 digits of account number __2004__ | Basis for the claim: __Vendor/Service Provider__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **RLI Surity**<br>**5931 Office Blvd NE Ste 1**<br>**Albuquerque, NM 87109** | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Vendor/Service Provider__ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 69 of 94

| | | |
|---|---|---|
| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

3.326 | **Robert Medina & Sons**
915 Kit Carson
Taos, NM 87571

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.327 | **Rocky Mountain RV World, Inc.**
12700 Central Ave. SE
Albuquerque, NM 87123

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.328 | **Roll Off Container Services**
4609 Kinney Street, SE
Albuquerque, NM 87105

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.329 | **Ron Rodriguez**
4616 Axtell St SE
Albuquerque, NM 87105

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.330 | **Rosebud Building Products**
126 N Adams St
Mission, SD 57555

Date(s) debt was incurred __2016__

Last 4 digits of account number __2908__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.331 | **Rosebud Concrete, Inc.**
721 N Main St
Winner, SD 57580-2202

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.332 | **Rosebud Rental**
126 N Adams St
Mission, SD 57555

Date(s) debt was incurred __2016__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

$3,621.80

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 70 of 94

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rosebud Sioux Tribe**
P.O. Box 367
Rosebud, SD 57570

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rubber Products Distibutors**
5230 Park Emerson Drive, Suite P
Indianapolis, IN 46203

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RWC Building Products**
612 A Comanche NE
Albuquerque, NM 87107

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Saffer Trading**
P.O. Box 1140
Talent, OR 97540

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SAIA Motor Freight Line, LLC**
P.O. Box 730532
Dallas, TX 75373-0532

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**San Diego Gas & Electric**
PO Box 129831
San Diego, CA 92112-9831

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sandia Storage & Strut**
2240 Phoenix Ave, NE, Unit F
Albuquerque, NM 87107

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Last 4 digits of account number __

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 71 of 94

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sandoval County**
1500 Idalia Road, Bldg. D
Bernalillo, NM 87004

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Santa Fe County**
102 Grant Avenue
Santa Fe, NM 87501-2061

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Santa Rosa Lumber Inc.**
101 S. 3rd St.
Santa Rosa, NM 88435

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sapa Extrusions North America (Hydro)**
P. O. Box 2310
Carol Stream, IL 60132-2310

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Schafer And Company**
1155 South Inca St.
Denver, CO 80223

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Schletter**
1001 Commerce Center Drive
Shelby, NC 28150

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SD Department of Revenue**
Attn: Douglas Schinkel 445 East Capital
Pierre, SD 57501-3185

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Basis for the claim: **Vendor/Service Provider**

Last 4 digits of account number **02ET**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.347 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Signarama**
1371 6th Ave.
San Diego, CA 92101

Date(s) debt was incurred **2016**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.348 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Solar Converters, Inc**
558 Massey Road, Unit 1
Guelf, ON N1K 1B4

Date(s) debt was incurred **2016**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.349 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Solar Solutions and Distribution**
8450 East Crescent Parkway Suite 350
Greenwood Village, CO 80111

Date(s) debt was incurred **2016**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.350 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Solar World Americas LLC**
P.O. Box 671094
Dallas, TX 75267-1094

Date(s) debt was incurred **2016**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.351 | **Nonpriority creditor's name and mailing address** | $805.72 |

**Soligent**
1500 Valley House Drive Suite 210
Rohnert Park, CA 94928

Date(s) debt was incurred **2016**

Last 4 digits of account number **4759**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.352 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Soligent-Valle Caldera Project**
1500 Valley House Drive Suite 210
Rohnert Park, CA 94928

Date(s) debt was incurred **2016**

Last 4 digits of account number **0100**

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| | | |
|---|---|---|
| 3.353 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Southern Pipe & Supply Co.**
2907 N Davis Hwy
Pensacola, FL 32503

Date(s) debt was incurred **2016**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

Case 17-13093-t11   Doc 1   Filed 12/07/17   Entered 12/07/17 14:53:15 Page 73 of 94

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Southwest Geophysics, Inc.**
8057 Raytheon Road, Suite 9
San Diego, CA 92111

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Southwest Piping Supplies, Inc.**
7928 Edith Blvd NE PO Box 92347
Albuquerque, NM 87199-2347

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Specialty Funding Group-ACH**
P. O. Box 90640
Albuquerque, NM 87199

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Specialty Solar Supply, LLC**
PO Box 50600
Los Angeles, CA 90050

Date(s) debt was incurred **2016**

Last 4 digits of account number **2817**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stands and Looks Back, Tamara**
P.O. Box 1570
Mission, SD 57555

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.18 |
|---|---|---|---|

**Staples Online**
PO Box 83689
Chicago, IL 60696-3689

Date(s) debt was incurred **2016**

Last 4 digits of account number **0676**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Steel City Inc.**
749 East 15th St.
Panama City, FL 32405

Date(s) debt was incurred **2016**

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 74 of 94

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stion Corporation**
6321 San Ignacio Avenue
San Jose, CA 95119

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stock Building Supply**
1301 5815 Edith Blvd. NE
Albuquerque, NM 87107

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Summit Electric Supply**
PO Box 848345
Dallas, TX 75284-8345

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sun Source Energy Products Inc.**
P. O. Box 31
Netcong, NJ 07857

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **1345**

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sunbelt Rentals**
3860 Sherman Street
San Diego, CA 92110

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**SunDanzer**
420 E Aviation Dr. #110
Tucson, AZ

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number **4400**

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sunmodo Corporation**
915 Jefferson St.
Vancouver, WA 98660

☑ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

Last 4 digits of account number _

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ☑ No ☐ Yes

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 75 of 94

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sunstate Equipment Co.**
P. O. Box 52581
Phoenix, AZ 85072-2581

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $332.40 |
|---|---|---|---|

**Superior Vision**
P.O. Box 62457
Baltimore, MD 21264-2457

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **5062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Supply One**
8330 Jeferson NE
Albuquerque, NM 87113

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **7909**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TAPCO**
5100 W. Brown Deer Road
Brown Deer, WI 53223

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TEAM Broadcasting Inc. (KQTM)**
4131 Barbara Loop SE, Suite 202
Rio Rancho, NM 87124

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Breaker Store**
3231C Business Park Dr. #210
Vista, CA 92081

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **1070**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**The Inverter Store, Inc.**
9736 S. Virginia St. STE A
Reno, NV 89511

Date(s) debt was incurred  **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 76 of 94

| | |
|---|---|
| 3.375 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**The Little Battery Shop Inc.**
3031 Isleta Blvd SW
Albuquerque, NM 87105

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.376 **Nonpriority creditor's name and mailing address**
**The Powerstore Inc.**
12621 East FM 917 Suite A
Alvarado, TX 76009

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.377 **Nonpriority creditor's name and mailing address**
**The Recognition Place**
3320 San Mateo Blvd. NE Suite A
Albuquerque, NM 87110

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.378 **Nonpriority creditor's name and mailing address**
**Threaded Fasteners, Inc.**
PO Box 3568
Jackson, MS 39205-3568

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.379 **Nonpriority creditor's name and mailing address**
**Three Blind Mice Enterprises LLC**
PO Box 1140
Peralta, NM 87042

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.380 **Nonpriority creditor's name and mailing address**
**Titan Wire & Cable**
1105 Marietta Way
Sparks, NV 89431

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.381 **Nonpriority creditor's name and mailing address**
**TLC Plumbing & Utility**
5000 Edith NE
Albuquerque, NM 87107

Date(s) debt was incurred **2016**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

| | | |
|---|---|---|
| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Toby's Doors**
19707 Highway 314
Belen, NM 87002

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**TP Pump & Pipe Co**
P. O. Box 25144
Albuquerque, NM 87125

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Transportation Rental & Sales, Inc.**
3531 Second St. SW
Albuquerque, NM 87105

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**TRC Electronics, Inc.**
101B Domorah Dr.
Montgomeryville, PA 18936

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $764.50 |

**Trench Shoring Company**
206 N. Central Ave.
Compton, CA 90220

Date(s) debt was incurred **2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Tribal Historic Preservation Office**
PO Box 809
Rosebud, SD 57570

Date(s) debt was incurred **2016**

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. $107.46 |

**Tyco Integrated Security, LLC (ADT)**
P.O. Box 371967
Pittsburgh, PA 15250-7967

Date(s) debt was incurred **2016**

Last 4 digits of account number **1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor/Service Provider**

Is the claim subject to offset? ■ No ☐ Yes

Case 17-13093-t11  Doc 1  Filed 12/07/17  Entered 12/07/17 14:53:15 Page 78 of 94

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UMA Solar**
950 Sunshine Lane
Altamonte Springs, FL 32714

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,505.62 |
|---|---|---|---|

**United Rentals**
PO BOX 84
0514 DALLAS, TX 75284-0514

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **6418**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,446.63 |
|---|---|---|---|

**United Site Services, Inc.**
53267
Phoenix, AZ 85072-3267

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **2871**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UPS**
Lockbox 577
Carol Stream, IL 60132-0577

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UPS Freight**
P. O. Box 730900
Dallas, TX 75373-0900

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **CPOW**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UPS Supply Chain Solutions, Inc.**
28013 Network Place
Chicago, IL 60673-1280

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **A851**

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Urban Green Energy**
330 West 38th Street, Suite 1103
New York, NY 10018

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor/Service Provider**

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**US Cargo Control**
202 Blue Creek Drive
Urbana, IA 52345

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Valencia County Offices**
444 Luna Avenue P.O. Box 1119
Los Lunas, NM 87031

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Valutech Inc.**
3- 70 Esna Park Drive
Markham, On L3R 6E7

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261.33 |
|---|---|---|---|

**Verizon Wireless - M2M**
P.O. Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred __2016__

Last 4 digits of account number __0001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.21 |
|---|---|---|---|

**Verizon Wireless - XX7470-0001**
P.O. Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred __2016__

Last 4 digits of account number __0001__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vision Service Plan**
P.O. Box 742529
Los Angeles, CA 90074-2529

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Walker Electronic Supply Co.**
2404 Candelaria Road NE
Albuquerque, NM 87107

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.403** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ward Plumbing & Heating
161 N. Hall
Valentine, NE 69201

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.404** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Waycor Materials Inc.
2820 Industrial Road
Santa Fe, NM 87507

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.405** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

WEBO SOLAR
3300 Powell Street, Ste #201
Emeryville, CA 94608

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.406** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

WEDCO, Inc. (Fallon, NV)
45 Deer Creek Circle
Fallon, NV 89406

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.407** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Weldco
2201 N. East Avenue
Panama City, FL 32405

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.408** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$545.00**

Weller Architects, PC
401 Alvarado Drive SE Suite D
Albuquerque, NM 87108

Date(s) debt was incurred __2016__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.409** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Wesco Distribution (CSC)
5950 Office Blvd NE
Albuquerque, NM 87109

Date(s) debt was incurred __2016__

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Western Utility Telecom, Inc. (Wireless)**
5032 Salem Dallas Hwy NW
Salem, OR 97304-3211

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Vendor/Service Provider**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**White Cap**
P.O. Box 6040
Cypress, CA 90630-0040

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Vendor/Service Provider**

Last 4 digits of account number  **8000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Wholesale Solar.Com**
412 N. Mount Shasta Blvd. PO Box 124
Mt. Shasta, CA 96067

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Vendor/Service Provider**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Williams, Tinikia L**
1 Glen Rio Rd NW #723
Albuquerque, NM 87121

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Vendor/Service Provider**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Wyless Inc.**
Dept CH 17817
Palatine, IL 60055-7817

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Vendor/Service Provider**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**XZERES Corp.**
9025 SW Hillman Ct. Suite 3126
Wilsonville, OR 97070

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Vendor/Service Provider**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**ZIA Concrete Supply**
3825 Commercial St. NE
Albuquerque, NM 87107

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Vendor/Service Provider**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 82 of 94

| | |
|---|---|
| Debtor | **Sacred Power, LLC a New Mexico Limited Liability Company** |
| | Name |

Case number (if known) _____

| | | |
|---|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**Zomeworks Corporation**
**1011 Sawmill Road**
**Albuquerque, NM 87104**

Date(s) debt was incurred  __2016__

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset?  ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. **$0.00** |

**Zoro**
**909 Ashbury Drive**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred  __2016__

Last 4 digits of account number  _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor/Service Provider__

Is the claim subject to offset?  ■ No  ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 565,712.19 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,244,623.35 |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | 1,810,335.54 |

Fill in this information to identify the case:

Debtor name    **Sacred Power, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the:    DISTRICT OF NEW MEXICO

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Equipment Lease** | |
|      State the term remaining | De Lage Landen |
|      List the contract number of any government contract | P.O. Box 41602 Philadelphia, PA 19101-1602 |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Commercial Property Lease, Business location and parking lot across the street.** | |
|      State the term remaining | MAC Properties, LLC |
|      List the contract number of any government contract | 1501 12th Street NW Albuquerque, NM 87104 |

**Fill in this information to identify the case:**

Debtor name    **Sacred Power, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the:   DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | _____ City   State   Zip Code | | |
| 2.2 | _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | _____ City   State   Zip Code | | |
| 2.3 | _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | _____ City   State   Zip Code | | |
| 2.4 | _____ | _____ Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | _____ City   State   Zip Code | | |

Fill in this information to identify the case:

Debtor name **Sacred Power, LLC a New Mexico Limited Liability Company**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

    ■ None.

    | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
    | --- | --- | --- |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** Check all that apply |
    | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

    | **Insider's name and address** **Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
    | --- | --- | --- | --- |
    | 4.1.   **MAC Properties, LLC** **1501 12th Street NW** **Albuquerque, NM 87104** **Landlord** | **Due Monthly. Unpaid.** | **$0.00** | **Rent.** |

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 86 of 94

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **LUZ Energy Corp**<br>**PO Box 9194**<br>**Albuquerque, NM 87119**<br>**Overlapped Ownership by Insider** | **06-07-2017 -**<br>**$8,000.00**<br>**07-06-2017 -**<br>**$12,000.00** | **$20,000.00** | **Small parts and labor, remove and replace/re-roofing.** |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:  Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:  Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:  Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 87 of 94

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6: Certain Payments or Transfers

### 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | NM Financial Law, P.C.<br>320 Gold Avenue SW, Suite 610<br>Albuquerque, NM 87102-3299 | Attorney Fees | 10/02/2017 | $20,000.00 |
| | Email or website address<br>nmfl@nmfinanciallaw.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Craig Dill & Associates<br>PO Box 7855<br>Albuquerque, NM 87194 | Financial Consultant | 09/29/2017 | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

### 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

### 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7: Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 89 of 94

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Isleta Business Corporation 3950 ST RD 47 SW Albuquerque, NM 87105 | 1501 12th Street NW Albuquerque, NM 87104 | Furniture | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Isleta Business Corporation 3950 ST RD 47 SW Albuquerque, NM 87105 | Sacred Power Wharehouse 1501 12th Street NW Albuquerque, NM 87104 | Hyster Forklift Model SS1.00-2.75, 1067 - 1356918, Serial# B601B064.541067 | Unknown |

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Don Dentler**<br>**3837 Montgomery Blvd NE #1624**<br>**Albuquerque, NM 87109** | |
| 26a.2. | **Audra D'Arcangeli**<br>**1315 Brindle Wood Rd NE**<br>**Albuquerque, NM 87113** | |
| 26a.3. | **Juanita Johnson**<br>**4801 Lang Ave, NE Suite 110**<br>**Albuquerque, NM 87122** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Case 17-13093-t11  Doc 1  Filed 12/07/17  Entered 12/07/17 14:53:15 Page 91 of 94

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| David Melton | 4304 Willow View Lane NW Albuquerque, NM 87120 | Former President.  Current Shareholder | 20 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Odes Armijo-Caster | 281 Valley High Street SW Albuquerque, NM 87105 | Former Officer.  Current Shareholder. | 20 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Isleta Business Corporation | 3950 ST RD 47 SW Albuquerque, NM 87105 | Majority Shareholder | 60 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Windell Gilliam | PO Box 2558 Tijeras, NM 87059 | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Robert B Martin | 8519 Tierra Morena Pl NE Albuquerque, NM 87122 | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 17-13093-t11    Doc 1    Filed 12/07/17    Entered 12/07/17 14:53:15 Page 92 of 94

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December  7, 2017**

**/s/ Michael Candelaria**                                             **Michael Candelaria**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor  _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## District of New Mexico

In re   **Sacred Power, LLC a New Mexico Limited Liability Company**    Case No. _____

Debtor(s)    Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Melton**<br>**4304 Willow View Lane NW**<br>**Albuquerque, NM 87120** | | | **Shareholder** |
| **Isleta Business Corporation**<br>**3950 ST RD 47 SW**<br>**Albuquerque, NM 87105** | | | **Shareholder** |
| **Odes Armijo-Caster**<br>**281 Valley High Street SW**<br>**Albuquerque, NM 87105** | | | **Shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December  7, 2017**      Signature   **/s/ Michael Candelaria**

                                             **Michael Candelaria**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.