**IT IS ORDERED**

**Date Entered on Docket: April 23, 2019**

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW MEXICO**

IN RE:
SACRED POWER, LLC,

       Debtor(s).                                No. 17-13093-t11

## DEFAULT ORDER DISMISSING CASE

THIS MATTER HAVING come before the Court on the United States Trustee's Motion to Convert Chapter 11 Case to Chapter 7, or in the Alternative, Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b), filed March 12, 2019 (Docket No. 85), and Notice having been mailed on March 14, 2019 (Docket No. 86) to all parties listed on the case matrix maintained by the Bankruptcy Clerk, and the deadline in which to file an objection and/or a response to the U.S. Trustee's Motion having been April 4, 2019, and no responses or objections having been filed as of April 8, 2019, and the U.S. Trustee stating that this case should be dismissed as there are no assets for a Chapter 7 Trustee to administer in this case and the Court otherwise having been fully advised finds that the case should be dismissed.

IT IS THEREFORE ORDERED that the above captioned case is hereby dismissed.

###END OF ORDER####

Submitted By:

ILENE J. LASHINSKY
United States Trustee

<u>submitted electronically April 8, 2019</u>
RICHARD A. WIELAND
United States Trustee Office
Trial Attorney
P.O. Box 608
Albuquerque, NM 87103
(505) 248-6545

Copies to:

**Don F Harris**
Attorney for Debtor In Possession
320 Gold Avenue SW, Suite 1401
Albuquerque, NM 87102
505-503-1637
Email: nmfl@nmfinanciallaw.com

**Sacred Power, LLC**
1501 12th Street NW
Albuquerque, NM 87104