Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, Suite 360
Albuquerque, NM 87102
505–415–7999/866–291–6805
www.nmb.uscourts.gov

Case No.:   17–13093–t11
Chapter:  11
Judge:  David T. Thuma
Judge/341 Location:  TA

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Sacred Power, LLC a New Mexico Limited Liability
Company
1501 12th Street NW
Albuquerque, NM 87104
Tax ID No:  85–0477751

## <u>NOTICE OF ENTRY OF ORDER DISMISSING CASE</u>

An order dismissing the above case was entered on April 23, 2019.


Lana Merewether
Clerk of the Court


nm_ntcdsmbk195.jsp – 4/23/19